AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.1:25-cv-25623-DPG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Partnerships, Unincorporated Associations Identified on Schedule A was received by me on *(date)* 12/15/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
I certify that, per the Court's Order [DE 12], on December 16, 2025, I emailed Defendants, using the address provided by the third-party platform, the Complaint [DE 1], the TRO Motion [DE 7], the sealed TRO Order [DE 11], and the Summons [DE 14], and the link to all relevant documents: https://cloud.palmerlawgroup.com/index.php/s/YG28rwgqyfE7LWM

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/16/2025

/s/ Andrew Palmer
*Server's signature*

Andrew Palmer, Attorney for Plaintiff
*Printed name and title*

401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| THE GALLEON GUILD LTD <br><br> *Plaintiff(s)* <br> v. <br><br> The Partnerships, Unincorporated Associations Identified on Schedule A <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-25623-DPG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

   The Partnerships, Unincorporated Associations Identified on Schedule A

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-491-1300
ajpalmer@palmerlawgroup.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: 12/15/2025

s/ Clifford Charles
Deputy Clerk
U.S. District Courts

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | linhuixinxi | https://www.walmart.com/global/seller/102795866 |
| 2 | KISSECHO | https://www.walmart.com/global/seller/102574992 |
| 3 | xxwweebx store | https://www.walmart.com/global/seller/102886366 |
| 4 | wufujian | https://www.walmart.com/global/seller/102766059 |
| 5 | RYGRZJ | https://www.walmart.com/global/seller/101552408 |
| 6 | XiangyuLi | https://www.walmart.com/global/seller/101666089 |
| 7 | YHGFVOKJ Clothing | https://www.walmart.com/global/seller/101664860 |
| 8 | HayGem | https://www.walmart.com/global/seller/102918514 |
| 9 | pppgkkbui | https://www.walmart.com/global/seller/102877883 |
| 10 | Visit The BQLQBQLQ Store | https://www.walmart.com/global/seller/102643470 |
| 11 | Wuchuangkeji | https://www.walmart.com/global/seller/102753480 |
| 12 | Turise | https://www.walmart.com/global/seller/102761707 |
| 13 | AutoGears Pro | https://www.walmart.com/global/seller/102543254 |
| 14 | MoraGlow | https://www.walmart.com/global/seller/102921783 |
| 15 | hetjrz | https://www.walmart.com/global/seller/102905489 |
| 16 | nmeng | https://www.walmart.com/global/seller/102903883 |
| 17 | lisiji | https://www.walmart.com/global/seller/102882628 |
| 18 | yuanli | https://www.walmart.com/global/seller/102843091 |
| 19 | Xingjiashangmao | https://www.walmart.com/global/seller/102773631 |
| 20 | SHAPERME | https://www.walmart.com/global/seller/101224389 |
| 21 | feizgpinhe | https://www.walmart.com/global/seller/102857466 |
| 22 | Amalia | https://www.walmart.com/global/seller/101650214 |
| 23 | Livest | https://www.walmart.com/global/seller/101232979 |
| 24 | Gesh | https://www.walmart.com/global/seller/102873051 |
| 25 | liCQIAN | https://www.walmart.com/global/seller/102857858 |
| 26 | jiaomeigeshangmao | https://www.walmart.com/global/seller/102834021 |
| 27 | CosmicCuration | https://www.walmart.com/global/seller/102762901 |
| 28 | ShanXiKuaJie | https://www.walmart.com/global/seller/102751073 |
| 29 | Zhoukai Clothing | https://www.walmart.com/global/seller/101665038 |
| 30 | CHENYUTONGXIN | https://www.walmart.com/global/seller/102512350 |
| 31 | LINczz | https://www.walmart.com/global/seller/102821506 |
| 32 | Dereke | https://www.walmart.com/global/seller/102481816 |
| 33 | VividVortex | https://www.walmart.com/global/seller/102753893 |
| 34 | Skincare | https://www.walmart.com/global/seller/101121742 |