UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25623-GAYLES

THE GALLEON GUILD LTD,

        *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        *Defendants*.

_____/

**CERTIFICATE OF SERVICE**
**<u>NOTICE OF PRELIMINARY INJUNCTION HEARING</u>**

I hereby certify that on December 19, 2025, I sent an email to all Defendants identified on Schedule A, using the email addresses provided by third-party e-commerce platforms. The email notified the Defendants that the Court has set a Preliminary Injunction Hearing on February 10, 2026, at 9:30 a.m., at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Room 11-1, Miami, Florida 33128.

The relevant document ECF No. [18] was attached to the email, and the following link (https://cloud.palmerlawgroup.com/index.php/s/YG28rwgqyfE7LWM) was also included in the email.

December 20, 2025.
                                          Respectfully submitted,

                                          /s/ Andrew Palmer
                                          Andrew J. Palmer
                                          Palmer Law Group, P.A.
                                          401 E Las Olas Blvd, Suite 1400
                                          Fort Lauderdale, FL 33301
                                          Phone: 954-771-7050
                                          ajpalmer@palmerlawgroup.com
                                          ***Attorney for Plaintiff***