UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25623-GAYLES

THE GALLEON GUILD LTD,

    *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

    *Defendants*.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Plaintiff THE GALLEON GUILD LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following two Defendants with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 11 | Wuchuangkeji | https://www.walmart.com/global/seller/102753480 |
| 19 | Xingjiashangmao | https://www.walmart.com/global/seller/102773631 |

January 29, 2026.        Respectfully submitted,

                /s/ Andrew Palmer
                Andrew J. Palmer
                Palmer Law Group, P.A.
                110 East Broward Blvd, Suite 1700
                Fort Lauderdale, FL 33301
                Phone: 954-771-7050
                ajpalmer@palmerlawgroup.com
                ***Attorney for Plaintiff***