**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25623-GAYLES**

THE GALLEON GUILD LTD,

      **Plaintiff,**

**v.**

THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      **Defendants.**

                            /

## ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT

THIS MATTER comes before the Court upon Plaintiff's Motion for Entry of Default Judgment as to Certain Defendants (the "Motion"). [ECF No. 40]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. Plaintiff brought this action against Defendants[1] for trademark infringement under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.* [ECF No. 1].

2. On December 12, 2025, the Court entered a Temporary Restraining Order as to the Defendants, [ECF No. 11], following Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets, [ECF No. 7].

3. On December 16, 2025, pursuant to the Court's Order Granting Motion for Alternative Service, [ECF No. 12], Plaintiff served Defendants via e-mail and website posting on

---

[1] Defendants are comprised of the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" to the Complaint. The Court dismissed Defendants Nos. 6, 7, 11, 19, 22, 25, 29, 31, 32, and 34 with prejudice, [ECF Nos. 48, 50], pursuant to Plaintiff's Notices of Voluntary Dismissal, [ECF Nos. 29, 30, 39, 45]. In addition, the Court entered a Consent Judgment against Defendants Nos. 8, 14, and 24. [ECF No. 54]. Defendants Nos 1, 4, 5, 10, 13, 15, 20, 21, 27, and 33 have answered the Complaint. [ECF No. 42]. Accordingly, this Order and the corresponding Final Default Judgment only apply to the Defendants on the attached Schedule A.

1

Plaintiff's serving notice website, [ECF No. 15]. Defendants failed to timely answer or otherwise respond to the Complaint.

4. On February 10, 2026, the Court issued a preliminary injunction against Defendants for alleged violations of the Lanham Act. [ECF No. 22].

5. On February 11, 2026, Plaintiff filed a Motion for Clerk's Entry of Default against Defendants, [ECF No. 37], and on February 11, 2026, the Clerk entered a default against Defendants, [ECF No. 38].

6. Plaintiff now files the instant Motion seeking a default judgment against Defendants. [ECF No. 40].

7. As a result of Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark infringement. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Judgment as to Certain Defendants, [ECF No. 40], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2

**<u>Schedule A – Defaulting Defendants for Default Judgment</u>**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 2 | KISSECHO | https://www.walmart.com/global/seller/102574992 |
| 3 | xxwweebx store | https://www.walmart.com/global/seller/102886366 |
| 9 | pppgkkbui | https://www.walmart.com/global/seller/102877883 |
| 12 | Turise | https://www.walmart.com/global/seller/102761707 |
| 16 | nmeng | https://www.walmart.com/global/seller/102903883 |
| 17 | lisiji | https://www.walmart.com/global/seller/102882628 |
| 18 | yuanli | https://www.walmart.com/global/seller/102843091 |
| 23 | Livest | https://www.walmart.com/global/seller/101232979 |
| 26 | jiaomeigeshangmao | https://www.walmart.com/global/seller/102834021 |
| 28 | ShanXiKuaJie | https://www.walmart.com/global/seller/102751073 |
| 30 | CHENYUTONGXIN | https://www.walmart.com/global/seller/102512350 |